**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Natalia M. Tomassini<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3292<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–10668–CMG | |

## Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Natalia M. Tomassini
    dba Reiki Therapeutic Services

    <u>3/10/20</u>                                                                                   **By the court:** <u>Christine M. Gravelle</u>
                                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-10668-CMG
Natalia M. Tomassini                                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin            Page 1 of 2             Date Rcvd: Mar 10, 2020
                          Form ID: 3180W         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
```
db             +Natalia M. Tomassini,    33 Florence Tollgate Pl #5,    Florence, NJ 08518-3212
cr             +Florence Tollgate Condominium Association,    c/o Andrew L. Unterlack, Esquire,
                 Eisenberg, Gold & Agrawal,    1040 North Kings Highway,    Suite 200,
                 Cherry Hill, NJ 08034-1925
cr             +THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +The Bank of New York Mellon, as Trustee for CIT Mo,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3403
516589841      +Andrews Federal Cred U,    5711 Allentown Rd Ste 10,    Suitland, MD 20746-4547
516589844      +Eisenberg Gold Cettei & Agrawal,    1040 N. Kings Hwy, Ste 200,    Cherry Hill, NJ 08034-1925
516686141      +Florence Tollgate Condominium Association,    c/o Eisenberg, Gold, Cettei & Agrawal, P,
                 1040 N. Kings Highway, Suite 200,    Cherry Hill, NJ 08034-1925
516589846       Jean Charles,    33 Florence Tollgate Place #5,    Chesterfield, NJ 08515
516589847      +Palm Beach Shores,    PO Box 405947,    Atlanta, GA 30384-5900
516589849      +Stern & Eisenberg PC,    1040 Kings Hwy N Ste 407,    Cherry Hill, NJ 08034-1925
516589850      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
516589851      +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
516589852      +US Department of Education,    PO Box 105028,    Atlanta, GA 30348-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Mar 11 2020 03:48:00     Santander Consumer USA Inc.,
                 P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
516589842      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 11 2020 00:41:31     Caliber Home Loans, Inc,
                 Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
516589843      +EDI: CAPITALONE.COM Mar 11 2020 03:48:00     Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516589845      +E-mail/Text: kevinm@acvpmllc.com Mar 11 2020 00:40:31     Florence Tollgate Condo Assn,
                 50 Florence Tollgate Place Unit #1,    Florence, NJ 08518-3017
516636764      +EDI: DRIV.COM Mar 11 2020 03:48:00     SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,
                 DALLAS, TX 75356-0284
516589848      +EDI: DRIV.COM Mar 11 2020 03:48:00     Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
516657571      +EDI: RMSC.COM Mar 11 2020 03:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516858874      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 11 2020 00:41:31
                 The Bank of New York Mellon, et al.,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
518196905      +E-mail/Text: jennifer.chacon@spservicing.com Mar 11 2020 00:41:42
                 The Bank of New York Mellon, successor,    to The Bank of New York, et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450,
                 The Bank of New York Mellon, successor 84165-0450
518196904       E-mail/Text: jennifer.chacon@spservicing.com Mar 11 2020 00:41:42
                 The Bank of New York Mellon, successor,    to The Bank of New York, et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
516589853      +EDI: WFFC.COM Mar 11 2020 03:48:00     Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
518699667*     +Natalia M. Tomassini,    33 Florence Tollgate Pl #5,    Florence, NJ 08518-3212
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Mar 10, 2020
                              Form ID: 3180W           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Andrew L. Unterlack    on behalf of Creditor    Florence Tollgate Condominium Association
               aunterlack@egclawfirm.com, ebecker@egalawfirm.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee et al dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1, BY CALIBER HOME LOANS, INC. AS ITS ATTORNEY IN FACT shay@bbs-law.com,
               jpshay@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, successor to The
               Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders
               of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, successor to The
               Bank of New York, not in its individual capacity but solely as Trustee et al
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Natalia M. Tomassini ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Michael Frederick Dingerdissen    on behalf of Creditor    The Bank of New York Mellon, as Trustee
               for CIT Mortgage Loan Trust 2007-1 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1, BY CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL, INC., AS ITS
               ATTORNEY IN FACT nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1, BY CALIBER HOME LOANS, INC. AS ITS ATTORNEY IN FACT
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank
               of New York, not in its individual capacity but solely as Trustee on behalf of the holders of
               the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1 smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1, BY CALIBER HOME LOANS, INC. AS ITS ATTORNEY IN FACT
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 17
```